UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**UNITED STATES OF AMERICA**     **CRIMINAL NO. 6:07-CR-60045**

**VERSUS**     **JUDGE DAVID C. JOSEPH**

**RICKEY J. COMEAUX, SR.**     **MAGISTRATE JUDGE CAROL B. WHITEHURST**

## ORDER

Before the Court is a pro se MOTION FOR GRANTING CREDIT FOR PRE-SENTENCE CONFINEMENT CREDIT (the "Motion") filed by Defendant Rickey J. Comeaux, Sr. [Doc. 56]. Defendant's Motion is a challenge to the manner in which his sentence is executed and, therefore, construed as a Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2241.

Venue does not lie in this federal district. *See* 28 U.S.C. § 2241. The United States Fifth Circuit Court of Appeals has held that, with respect to federal prisoners, challenges under § 2241 should be filed in the district where the prisoner is confined. *King v. Lynaugh*, 729 F. Supp. 57, 59 (W.D. Tx. 1990); *see also United States v. Gabor*, 905 F.2d 76, 78 (5th Cir. 1990) ("To entertain a § 2241 habeas petition, the district court must, upon the filing of the petition, have jurisdiction over the prisoner or his custodian.") (citation omitted). The *King* court noted:

> The Congressional legislation related to § 2241 contemplates a proceeding against the person who has immediate custody over the prisoner, who has the power to produce the body of the prisoner before the Court or judge and ultimately discharge him from custody. *Mounce v. Knighten*, 503 F.2d 967 (5th Cir. 1974), *citing Wales v. Whitney*, 114 U.S. 564, 574, 5 S. Ct. 1050, 1054-1055, 29 L. Ed. 277 (1885).

*King*, 729 F.2d at 59. Therefore, the proper jurisdiction for adjudicating a § 2241 application is the district in which the petitioner is confined.

Petitioner is confined at FMC-Lexington, in Lexington, Kentucky, which lies within the geographical boundaries of the Eastern District of Kentucky (Lexington Division). 28 U.S.C. § 97(a). The Court, therefore, finds that district to be the proper venue for this petition to be considered.

Accordingly,

**IT IS HEREBY ORDERED** that the Defendant's pro se Motion [Doc. 56], construed as a § 2241 petition, be and is hereby **TRANSFERRED** to the United States District Court for the Eastern District of Kentucky (Lexington Division) for further proceedings.

THUS, DONE AND SIGNED in Chambers on this 10th day of February 2026.

*[signature: David C. Joseph]*

DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE